IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 12-1034 SOM |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING UNITED |
| | ) | STATES' MOTION TO DISMISS |
| vs. | ) | COUNT 1 (CONSPIRACY) AND |
| | ) | GRANTING PORTION OF |
| DONALDSON ENTERPRISES, INC. | ) | DEFENDANTS' MOTION FOR |
| and CHARLES DONALDSON, | ) | JUDGMENT OF ACQUITTAL |
| | ) | RELATING TO COUNT 4 (FALSE |
| Defendants. | ) | STATEMENT) |
| | ) | |

**ORDER GRANTING UNITED STATES' MOTION TO
DISMISS COUNT 1 (CONSPIRACY) AND GRANTING
PORTION OF DEFENDANTS' MOTION FOR JUDGMENT OF
ACQUITTAL RELATING TO COUNT 4 (FALSE STATEMENT)**

This order memorializes selected oral rulings announced by the court on

May 26, 2017.

The court grants the unopposed United States' oral motion to dismiss

Count 1 (Conspiracy) against Defendants Charles Donaldson and Donaldson

Enterprises, Inc.  Count 1 is dismissed.

The court also grants the portion of Defendants' Joint Motion for Judgment

of Acquittal seeking acquittal on Count 4 (False Statement).  This ruling is based

on the court's finding that the evidence is insufficient to support a conviction on

that count.  Judgment of acquittal is hereby entered on Count 4 for Defendants

Charles Donaldson and Donaldson Enterprises, Inc.

Counts 2 (Treatment), 3 (Storage), and 5 (Treatment) remain in issue.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, May 26, 2017.



/s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge

United States v. Donaldson Enterprises, Inc., et al.; Cr. No. 12-1034 SOM
ORDER GRANTING UNITED STATES' MOTION TO DISMISS COUNT 1
(CONSPIRACY) AND GRANTING PORTION OF DEFENDANTS' MOTION
FOR JUDGMENT OF ACQUITTAL RELATING TO COUNT 4 (FALSE
STATEMENT)